**FILED**

September 22, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT CHARLES CRIST,

Defendant.

Case No.  2:22-mj-0133-CKD

**ORDER FOR RELEASE OF**
**PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT CHARLES CRIST</u>

Case No. <u> 2:22-mj-0133-CKD </u> Charges <u>18 USC § 922(g)(1) </u> from custody for the

following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

x  Unsecured Appearance Bond $  10,000.00 co signed
_____  by Stacy Cline

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): <u>Defendant's release DELAYED until</u>

x  <u>9/23/2022 at 9:00 AM to be transported by the USM to</u>
_____  <u>the Marshal's lockup.</u>

Issued at Sacramento, California on September 22, 2022 at 2:11 PM

By:   <u>/s/ Carolyn K. Delaney</u>

Magistrate Judge Carolyn K. Delaney